UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN LEE CARDENAS,<br><br>   Plaintiff,<br><br>  v.<br><br>COALINGA STATE HOSPITAL, et al.,<br><br>   Defendants. | No. 1:23-cv-00875-ADA-EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION FOR FAILURE TO STATE A CLAIM, FAILURE TO PROSECUTE, AND FAILURE TO COMPLY WITH A COURT ORDER<br><br>(ECF No. 11) |

  Plaintiff Ruben Cardenas is a prisoner or civil detainee proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

  On August 9, 2023, the Magistrate Judge issued findings and recommendations, recommending that the Court dismiss this case due to Plaintiff's failure to state a cognizable claim, failure to prosecute, and failure to comply with a court order. (ECF No. 11.) The findings and recommendations were served on Plaintiff and contained notice that he had fourteen days within which to file objections. That deadline has passed, and Plaintiff has not filed objections or otherwise communicated with the Court.

  In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court concludes that the findings and recommendations are supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on August 9, 2023, (ECF No. 11), are adopted in full;
2. This action is dismissed for failure to state a claim, failure to prosecute, and failure to comply with a court order; and
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   October 25, 2023

_____
UNITED STATES DISTRICT JUDGE

2